**LAW OFFICE OF SAM A. SCHMIDT**
29 BROADWAY Suite 1412
NEW YORK, N.Y. 10006
(212) 346-4666
FACSIMILE (212) 346-4668
E-mail lawschmidt@aol.com

Sam A. Schmidt, Esq.
_____

December 15, 2021

Honorable Laura Taylor Swain, USDJ
United States District Court
Southern District of New York         **MEMO ENDORSED**
500 Pearl Street
New York, N.Y. 10007

Re: U.S. v. Larry Thomas
13 Cr. 271 (LTS)

Dear Judge Swain:

This letter supplements my December 14, 2021 letter requesting that I be re-assigned to represent Mr. Thomas on his violation of supervised release case while still incarcerated out of state. The purpose of seeking to represent Mr. Thomas now instead of waiting for his production in this district is simply to coordinate with the attorneys in the location where he presently faces a state violation of probation and other matters, provide them with any relevant information about his SDNY case and personal information I already possess and be prepared when Mr. Thomas is brought the district. It is always good practice to consult and coordinate any actions with counsel that represents a client on other matters. I will not be representing him in any matter in the state matters where he is presently being held.

If I am assigned to represent Mr. Thomas, please assign me nunc pro tunc as 12/14/2021.

If your Honor has any questions, please contact me at your convenience. Thank you for your consideration of this request.

The application is granted. The Court re-appoints Sam A. Schmidt for the purpose of representing Mr. Thomas in connection with his violation of supervised release proceeding, nunc pro tunc as of December 14, 2021. DE ## 1161 and 1162 resolved.

Sincerely yours,
/s/
Sam A. Schmidt

SO ORDERED.
Dated: December 15, 2021
/s/ Laura Taylor Swain, Chief U.S.D.J.