UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x

UNITED STATES OF AMERICA

       -v-                               No.  13 crim 271 (LTS)

LARRY THOMAS, JR.  (29)

                     Defendant.

-------------------------------------------------------x

## ORDER

      ORDERED that pursuant to sentence of time served imposed today, the defendant Larry Thomas, Jr. is discharged from the custody of the U.S. Marshals Service.

      SO ORDERED.

Dated: New York, New York
      February 1, 2022

                                        LAURA TAYLOR SWAIN
                                        United States District Judge